UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWARD F. GRODEN, as EXEC. DIRECTOR of the NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND<br><br>Plaintiff,<br><br>v.<br><br>BALDWIN CRANE & EQUIPMENT CORP.,<br><br>Defendant. | Case No.: 20-cv-11650 MLW |

## NOTICE OF DISMISSAL

Now comes the Plaintiff, Edward F. Groden, Executive Director of the New England Teamsters and Trucking Industry Pension Fund, to notify this Court that he wishes to dismiss the above-captioned action pursuant to F.R.C.P. 41(a)(1)(i), without prejudice as the amount owed for outstanding interim withdrawal liability has been paid.  Defendant has neither filed an answer nor motion for summary judgment.

Dated: October 21, 2020

Respectfully Submitted,

/s/ Melissa A. Brennan
Melissa A. Brennan, Esq.
BBO # 669489
mab@fczlaw.com
Catherine M. Campbell, Esq.
BBO # 549397
cmc@fczlaw.com
**Feinberg, Campbell & Zack, P.C.**
177 Milk Street, Suite 300
Boston, MA 02109
(617) 338-1976

2

## CERTIFICATE OF SERVICE

      I, Melissa A. Brennan, hereby certify that this document filed through the Court's CM/ECF system will be sent electronically to the registered agents as identified on the Notice of Electronic Filing and copies will be sent to:

| | |
|---|---|
| Miranda S. Jones, Esq.<br>**O'Reilly, Grosso, Gross & Jones, P.C.**<br>1661 Worcester Road, Suite 403<br>Framingham, MA 01701<br>mjones@ogglaw.com | |
| | |

Dated: October 21, 2020                                         /s/ Melissa A. Brennan<br>                                                                                 Melissa A. Brennan, Esq.